# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-10

| | |
|---|---|
| JERRY W. BELAS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**BEFORE THE COURT** is its own motion to dismiss the case for failure to comply with its Order dated January 20, 2015. On January 20, 2015, this Court denied Plaintiff's Application to Proceed Without Prepayment of Fees. (Doc. 3). The Court also ordered that Plaintiff shall remit his filing fee "within (30) days of the date of this Order." (*Id.*). The Order warned that that "**[f]ailure to comply with the instant directive could result in the summary dismissal of Plaintiff's case.**" (*Id.*). More than thirty days have elapsed since the date of the January 20, 2015 Order and Plaintiff has failed to pre-pay his costs.

**IT IS, THEREFORE, ORDERED THAT** Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Signed: March 25, 2015

Richard L. Voorhees
United States District Judge